**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re the Estate of WILLIAM D. GALBRAITH, <br><br> Plaintiff, <br><br> v. <br><br> TERI A. GALBRAITH, et al., <br><br> Defendants. | Case No. EDCV 09-00981-VAP (Ex) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Board of Trustees of the California Ironworkers Field Welfare Plan; The California and Vicinity Field Ironworkers Annuity Trust; California Ironworkers Field Pension Trust; and Ironworkers Employees' Benefit Corporation is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 26, 2010

    _____
    VIRGINIA A. PHILLIPS
    United States District Judge